Gena L. Sluga
Nathan R. Andrews
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89123
Tel: (702) 362-6666
gsluga@cdslawfirm.com
nandrews@cdslawfirm.com
*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Great West Casualty Company, a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Arch Insurance Company, a Delaware Corporation; Renee Howard, individually and as parent of IH, a minor, heirs of the Estate of Timothy Howard; T-Brothers Logistics, L.L.C., a South Dakota Corporation; Rush Truck Centers of Nevada, Inc., a Delaware Corporation; T-Brothers Trucking, L.L.C., a South Dakota corporation; and RND Enterprises, Inc., a South Dakota corporation,<br><br>Defendants. | Case No. 2:24-cv-02351-CDS-EJY<br><br>**ORDER EXTENDING TIME FOR SERVICE**<br><br>(Assigned to Honorable Judge Cristina D. Silva) |

The Court has reviewed and considered Plaintiff, Great West Casualty Company's Motion to Extend Time for Service (ECF No. 11). Good cause appearing,

IT IS ORDERED continuing the deadline for service of the First Amended Complaint and summons to April 16, 2025.

Dated this 18th day of March, 2025.

_____
United States Magistrate Judge