Gena L. Sluga
Nathan R. Andrews
**CHRISTIAN, JOHNSON,
SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89123
Tel: (702) 362-6666
gsluga@cdslawfirm.com
nandrews@cdslawfirm.com
*Attorneys for Plaintiff*

# UNITED STATED DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Great West Casualty Company, a Nebraska Corporation,<br><br>Plaintiff<br><br>v.<br><br>Arch Insurance Company, a Delaware Corporation; Renee Howard, individually and as parent of IH, a minor, heirs of the Estate of Timothy Howard; T-Brothers Logistics, L.L.C., a South Dakota Corporation; Rush Truck Centers of Nevada, Inc., a Delaware Corporation; T-Brothers Trucking, L.L.C., a South Dakota corporation; and RND Enterprises, Inc., a South Dakota corporation,<br><br>Defendants | Case No. 2:24-cv-02351-CDS-EJY<br><br>**ORDER APPROVING STIPULATION TO DISMISS RUSH TRUCK CENTERS OF NEVADA, INC.**<br><br>[ECF No. 26] |

Based on the parties' stipulation, defendant Rush Truck Centers of Nevada, Inc. is dismissed, without prejudice, with each party to bear their own fees and costs.

IT IS ORDERED that Rush Truck is forever bound by the Court's rulings, orders, and future judgments entered in this action.

IT IS FURTHER ORDERED that the dismissal of Great West's claims against Rush Truck does not operate as a dismissal of plaintiff's claims against the remaining defendants.

Dated: July 3, 2025

_____
Cristina D. Silva
United States District Judge