**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Great West Casualty Company, a Nebraska Corporation,<br><br>Plaintiff<br><br>v.<br><br>Arch Insurance Company, a Delaware Corporation; Renee Howard, individually and as parent of IH, a minor, heirs of the Estate of Timothy Howard; T-Brothers Logistics, L.L.C., a South Dakota Corporation; Rush Truck Centers of Nevada, Inc., a Delaware Corporation; T-Brothers Trucking, L.L.C., a South Dakota corporation; and RND Enterprises, Inc., a South Dakota corporation,<br><br>Defendants | Case No. 2:24-cv-02351-CDS-EJY<br><br>**Order Approving Stipulation to Extend Deadlines**<br><br>[ECF No. 33] |

Based on the parties' stipulation [ECF No. 33], and good cause appearing, IT IS ORDERED that the deadline to reply in support of Plaintiff's Motion for Entry of Default Judgment Against Defendant Arch Insurance Company and the deadline to respond to Defendant Arch Insurance Company's Motion to Set Aside are extended to **November 5, 2025**.

Dated: October 22, 2025

_____
Honorable Cristina D. Silva
U.S. District Judge

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666