JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
cbenner@pyattsilvestri.com

Attorney for Defendant,
*ARCH INSURANCE COMPANY*

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Great West Casualty Company, a Nebraska Court Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Arch Insurance Company, a Missouri Corporation; Renee Howard, individually and as parent of IH, a minor, heirs of the Estate of Timothy Howard; T-Brothers Logistics, L.L.C., a South Dakota Corporation; Rush Truck Centers of Nevada, Inc., a Delaware Corporation; T-Brothers Trucking, L.L.C., a South Dakota corporation; and RND Enterprises, Inc., a South Dakota corporation,<br><br>Defendants. | CASE NO.: 2:24-CV-02351-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME TO REPLY TO GREAT WEST CASUALTY'S RESPONSE IN OPPOSITION TO ARCH INSURANCE CO.'S MOTION TO SET ASIDE DEFAULT PURSUANT TO 55(C)**<br><br>(First Request)<br><br>(Assigned to Honorable Judge Cristina D. Silva) |

Defendant Arch Insurance Company ("Arch") and Plaintiff Great West Casualty Company ("Great West") hereby respectfully request the Court extend the deadline to reply in support of Defendant Arch Insurance Company's Motion to Set Aside by an additional nine days, from November 17, 2025, to November 26, 2025. Arch's Motion to Set Aside was filed on September 17, 2025. Great West's Opposition was filed on November 10, 2025.

This is the first stipulation for an extension of time to file the Reply to Great West's Response in Opposition to Arch's Motion to Set Aside Default Judgment. This Court has not, at the time of this filing, denied an extension of time. The purpose of this stipulation is to allow Arch and Great West to assess their respective positions, confer, and consider potential alternative resolutions.

DATED this 17th day of November, 2025.

Respectfully submitted,
PYATT SILVESTRI

By: */s/ Christopher L. Benner*
    James P. C. Silvestri
    Christopher L. Benner
    7670 W. Lake Mead Blvd., Suite 250
    Las Vegas, NV 89128
    Tel: (702) 383-6000
    jsilvestri@pyattsilvestri.com
    cbenner@pyattsilvestri.com
  Attorney for Defendant,
  *ARCH INSURANCE COMPANY*

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: */s/ Nathan Andrews (with permission)*
    Gena L. Sluga
    Nevada Bar No. 9910
    Nathan R. Andrews
    Nevada Bar No. 16674
    8985 S. Eastern Ave., Ste. 200
    Las Vegas, NV 89123
    Telephone: (702) 362-6666
    Facsimile: (702) 362-2203
    gsluga@cdslawfirm.com
    nandrews@cdslawfirm.com
  Attorney for Plaintiff
  Great West Casualty Company

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**DATE: November 17, 2025**