**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Great West Casualty Company, a Nebraska Court Corporation,<br><br>Plaintiff<br><br>v.<br><br>Arch Insurance Company, a Missouri Corporation; Renee Howard, individually and as parent of IH, a minor, heirs of the Estate of Timothy Howard; T-Brothers Logistics, L.L.C., a South Dakota Corporation; Rush Truck Centers of Nevada, Inc., a Delaware Corporation; T-Brothers Trucking, L.L.C., a South Dakota corporation; and RND Enterprises, Inc., a South Dakota corporation,<br><br>Defendants | CASE NO.:  2:24-cv-02351-CDS-EJY<br>**ORDER APPROVING STIPULATION TO STAY LITIGATION**<br><br>(First Request)<br><br>[ECF No. 46] |

The Court has reviewed and considered defendant Arch Insurance Company and plaintiff Great West Casualty Company's stipulation to stay this litigation pending the decision of the Motions for Summary Judgment in matter 2:23-cv-01570-JAD-DJA.

IT IS ORDERED that is matter is STAYED, with the parties to submit a Scheduling Order within 21 days of entry of an ORDER resolving the Motions for Summary Judgment in 2:23-cv-01570-JAD-DJA.

Dated: May 4, 2026

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Pyatt Silvestri
7670 W. Lake Mead Blvd.,
Suite 250
Las Vegas, NV 89128
(702) 383-6000